IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM HENSLEY, Guardian Ad Litem for JOSHUA HENSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>501 MAIN STREET, LLC; CHRISTINE A. LARSON; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | 2:07-cv-971-GEB-DAD<br><br><br><br>ORDER |

On May 25, 2007, Petitioner Joshua Hensley, a minor, filed a petition for appointment of his father, Malcolm Hensley, as his guardian ad litem for purposes of this action. Pursuant to that petition, Malcolm Hensley is appointed as guardian ad litem for Joshua Hensley for purposes of this action.

Dated: July 12, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge

1