IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Hensley<br>*guardian ad litem*<br>Malcolm Hensley<br><br>      Plaintiff<br>v.<br><br>Business 501 Main Street, LLC<br>*A California Limited Liability Company*<br><br>      Defendant. | 2:07-cv-00971-GEB-DAD<br><br><br><br><br>ORDER CONTINUING<br>SCHEDULING CONFERENCE |

       The Order filed in this action on May 23, 2007, scheduled this case for a Status (Pretrial Scheduling) Conference on September 17, 2007.  That Order required the parties to file a joint status report fourteen days prior to the scheduling conference.  The Order further required that a status report be filed regardless of whether a joint report could be procured.[1]  The parties failed to file a timely status report as ordered.

---

[1]    As the Order states:

    The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1

The parties are warned that failure to meet a Rule 16 filing deadline could be sanctionable conduct. Should an Order to Show Cause ("OSC") be issued in this case for such or other conduct in the future, the parties' failure to file a timely status report may also be the subject of such an OSC. The parties are mistaken if they believe that filing deadlines can be ignored with impunity from being the subject of sanctioning jurisprudence.

Although the Status (Pretrial Scheduling) Conference set for September 17, 2007, is continued to October 29, 2007, at 9:00 a.m., this continuance should not be viewed by parties as acquiescence in their failure to file a timely status report. A joint status report shall be filed no later than 14 days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: September 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge