**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Gwen E. Scott, SBN 238305
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
501 MAIN STREET, LLC, A California Limited Liability Company and CHRISTINE LARSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM HENSLEY, Guardian Ad Litem for JOSHUA HENSLEY,<br><br>  Plaintiff,<br><br>v.<br><br>501 MAIN STREET, LLC, A California Limited Liability Company; CHRISTINE A. LARSON, and DOES 1 through 100, inclusive,<br><br>  Defendants.<br>_____/ | NO. 2:07-CV-00971-GEB-DAD<br><br>**STIPULATION TO EXTEND DATE OF EXPERT DISCLOSURE AND [PROPOSED] SCHEDULING ORDER** |

This Stipulation is entered into by and between Plaintiffs MALCOLM HENSLEY, Guardian Ad Litem for JOSHUA HENSLEY and Defendants 501 MAIN STREET, LLC, A California Limited Liability Company and CHRISTINE LARSON (collectively referred to as the "Parties"). The Parties have conferred and agreed to continue the expert disclosure dates for two weeks.

In order for the Parties to have a meaningful exchange of experts, the Parties will need an additional fourteen (14) days to analyze the need for and retain experts. The Parties stipulate and

agree to the following new expert disclosure dates:

1. Plaintiffs' and Defendants' deadline for disclosure of experts is currently March 21, 2008;

2. The parties stipulate that the disclosure of experts shall instead be April 4, 2008;

3. The deadline for Parties to disclose rebuttal expert witnesses is now April 25, 2008;

4. All other dates and deadlines will remain the same.

This Stipulation may be signed by the attorneys in counterpart, and original, photocopy or facsimile signatures.

Dated: March 21, 2008        CENTER FOR DISABILITY ACCESS, LLP

                             By  /s/ *Mark Potter*
                                     Mark Potter


Dated: March 21, 2008        PORTER SCOTT
                             A PROFESSIONAL CORPORATION

                             By  /s/ *Jennifer E. Duggan*
                                     Jennifer E. Duggan
                                     Gwen E. Scott

        IT IS SO ORDERED.

Dated: March 21, 2008

                             GARLAND E. BURRELL, JR.
                             United States District Judge